G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
BLAIR BURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR BURKE<br><br>     Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>     Defendant. | Case No.: C 12-03115 RS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff BLAIR BURKE against Defendants DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive, are dismissed, with prejudice. Plaintiff BLAIR BURKE and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   3/13/13                                  _____
                                                                  District Court Judge
                                                                  Northern District of California